IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14 B 28621 |
| Suzanne M Nemec, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Jack B. Schmetterer |

NOTICE OF MOTION

To:   Patrick S Layng, U.S. Trustee, *via ECF delivery system*

Tom Vaughn, Chapter 13 Trustee*, via ECF delivery system*

Suzanne M Nemec, 10255 S Eleanor Ave, Palos Hills, IL 60465, *via regular mail*

First Midwest Bank, as Successor Trustee to Heritage Trust Company under Trust Number 98-6345, dated March 26, 1998, c/o The Kaplan Group Ltd., 180 N. LaSalle, #2505, Chicago, IL 60601, *via certified mail*

Please take notice that on December 3, 2013 at 9:30 a.m. or soon thereafter as I may be heard, I shall appear before Bankruptcy Judge Jack B. Schmetterer or any other Bankruptcy Judge presiding at the 219 South Dearborn, Courtroom 682, Chicago, IL, and shall request that the Motion to Avoid Judicial Lien be entered, at which time you may appear if so desired.

/s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

CERTIFICATE OF SERVICE

The undersigned, an Attorney, does hereby certify that a copy of this Notice and Motion was filed AND sent electronically and via certified mail to the above captioned by 5:00 p.m. on or before November 12, 2014.

/s/ *David H. Cutler*
Attorney for Debtor(s)

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | Case No.: 14 B 28621 |
| Suzanne M Nemec, ) | Chapter 13 |
| ) | |
| Debtor(s). ) | Judge Jack B. Schmetterer |

## AMENDED DEBTOR'S MOTION TO AVOID JUDICIAL LIEN
## OF FIRST MIDWEST BANK

NOW COMES, the Debtor, Suzanne M Nemec, by and through her attorneys, Cutler and Associates, Ltd., and herby moves this Court pursuant to Section 350(b) of the Bankruptcy Code ("Code") for an Order avoiding the judicial lien held by FIRST MIDWEST BANK, as Successor Trustee to Heritage Trust Company under Trust Number 98-6345, dated March 26, 1998 ("FIRST MIDWEST BANK") on the property located at 10255 S Eleanor Ave, Palos Hills, IL 60465, pursuant to Section 522 (f) of the Code and Bankruptcy Rule 4003 (d). In support of this Motion, Debtor states the following:

1. The Debtor filed a voluntary bankruptcy petition under Chapter 13 on August 4, 2014.

2. As of the date this motion is filed, this Honorable Court has not yet approved Debtor's Chapter 13 Plan.

3. On November 3, 2003, a Judgment was entered in favor of FIRST MIDWEST BANK ("Creditor") in the amount of $87,909.50.

4. On December 18, 2003, Creditor filed a Memorandum of Judgment with the Cook County Recorder of Deeds as a Lien against the Debtor and therefore affecting Debtor's real property located at 10255 S Eleanor Ave, Palos Hills, IL 60465 ("Subject Property") (See attached Exhibit A).

2

5. Subject Property has a current fair value of $191,076.00 and is encumbered by mortgage to Wells Fargo Bank totaling $253,661.29 (See attached Exhibit B). Wells Fargo Bank has priority over FIRST MIDWEST BANK.

6. The Debtor's interest in the property referred to in the proceeding paragraph and encumbered by the lien has been claimed as fully exempt in her bankruptcy case.

7. The existence of FIRST MIDWEST BANK lien on Debtor's real property impairs exemptions to which the Debtor would be entitled under 11 U.S.C.Sec.522(b).

WHEREFORE, the Debtor hereby requests that this Court grant the Motion and enter an Order avoiding the judgment lien of FIRST MIDWEST BANK on the Debtor's residence; and for all other relief that is just and proper.

Respectfully submitted;

By: /s/ *David H. Cutler*
David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600

3