UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re:  )     BK No.: 14-28621

Suzanne Nemec )

)     Chapter: 13

)     Honorable Jack Schmetterer

)

)

Debtor(s) )

## ORDER ON DEBTOR'S OBJECTION TO THE IRS PROOF OF CLAIM

THIS CAUSE COMING ON TO BE HEARD on the motion of Debtor to Object to the Proof of Claim filed by the Internal Revenue Service; the court being advised in the premises; due notice having been given;

IT IS HEREBY ORDERED:

That the Proof of Claim filed by the Internal Revenue Service is hereby disallowed. Except for the IRS claim for year 2013 for $3,252.00.

Enter:

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: February 18, 2015

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd.
8430 Gross Point Rd.,
Skokie, IL 60077
Phone: (847) 673-8600