UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-28621 |
| Suzanne M Nemec | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AVOIDING JUDICIAL LIEN OF FIRST MIDWEST BANK

This matter having been presented on the Debtor's Motion to Avoid Judicial Lien of FIRST MIDWEST BANK; due notice having been given and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1) Debtor's motion is granted, as set forth herein;

2) The judicial lien of FIRST MIDWEST BANK, recorded December 18, 2003, as Document Number 0335239120 with the Cook County Recorder of Deeds in the amount of $87,909.50 against Debtor and this real property located at 10255 S Eleanor Ave, Palos Hills, IL 60465 , is hereby avoided.

Enter:

Honorable Jack B. Schmetterer

United States Bankruptcy Judge

Dated:  February 18, 2015

**Prepared by:**

David H. Cutler, ESQ
Attorney for Debtor(s)
Cutler & Associates Ltd.
4131 Main St.
Skokie IL 60076
(847) 673-8600